UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE TERESE SOLDWISCH,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of the Social Security Administration,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 19cv1127-JM(BLM)<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON MERITS BRIEFING** |

On June 17, 2019, Plaintiff filed a complaint in this matter seeking judicial review of the denial of her application for social security benefits. ECF No. 1. Defendant's administrative record was filed on September 3, 2019. ECF No. 8; see also General Order No. 706 (explaining that the administrative record "will suffice as the [Defendant's] answer to the complaint").

Pursuant to Rule 16.1(e)(3) of the Local Rules, an Early Neutral Evaluation and Case Management Conference are not required to be held in this case. Accordingly, this Court sets the following briefing schedule and hearing date for Plaintiff's merits brief:

1. Plaintiff must file her merits brief on or before **October 4, 2019**.

2. Defendant must file any opposition in response to Plaintiff's merits brief on or before **November 1, 2019**.

3. Plaintiff must file any reply in response to Defendant's opposition by **November 22, 2019**.

4. A hearing date of **December 2, 2019** at **10:00 a.m.** is assigned. Unless the Court directs otherwise in advance, pursuant to Local Rule 7.1(d)(1), the matter will be resolved without oral argument and no personal appearances on the December 2, 2019 hearing date should be made.

**IT IS SO ORDERED**.

Dated: 9/6/2019

Hon. Barbara L. Major
United States Magistrate Judge